IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHENIKWA NOWLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Superior Court for the |
| | ) | District of Columbia |
| v. | ) | |
| | ) | Case No. 0008661-06 |
| FOUR SEASONS HOTELS LIMITED | ) | |
| 181 Bay Street, Suite 1000          , | ) | |
| Toronto M5J 2T3 | ) | |
| Canada | ) | |
| | ) | Civil Action No._____ |
| and | ) | |
| | ) | |
| TOWNE PARK, LTD., | ) | |
| Registered Agent: | ) | |
|     Simon M. Osnos Registered Agent Servs. | ) | |
|     2400 Virginia Avenue NW, #D-1304 | ) | |
|     Washington, D.C.  20037 | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

To:    United States District Court
       For the District of Columbia

       Superior Court for the District of Columbia

       Michael J. Hoare, Esquire
       Dennis Chong, Esquire
       1101 14th Street NW, Suite 710
       Washington, DC 20005
       Attorneys for Plaintiff

       Harry J. Carleton, Esquire
       D.C. Bar No. 426964
       14008 Park East Circle
       Chantilly, Virginia 20151
       Attorney for Defendant Towne Park, Ltd.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court for the District of Columbia may not proceed further with this matter.

Respectfully submitted,

By _____

Raymond C. Baldwin #461514
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant Four Seasons
Hotels Limited

Date:    January 8, 2007

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Filing of Notice of Removal to the

United States District Court for the District of Columbia was served by first-class mail, postage

prepaid, this 8th day of January, 2007, upon:


Michael J. Hoare, Esquire
Dennis Chong, Esquire
1101 14th Street NW, Suite 710
Washington, DC 20005
Attorneys for Plaintiff


Harry J. Carleton, Esquire
D.C. Bar No. 426964
14008 Park East Circle
Chantilly, Virginia 20151
Attorney for Defendant Towne Park, Ltd.

_____
Raymond C. Baldwin

# CIVIL COVER SHEET

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Shenikwa Nowlin | Four Seasons Hotels Limited |

| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888 <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 99999 <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> TRACT OF LAND INVOLVED |

| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br> Michael J. Hoare, Dennis Chong <br> 1101 14th Street NW, Suite 410, Washington, DC 20005 <br> 202-408-7901 | ATTORNEYS (IF KNOWN) <br> Raymond C. Baldwin, Seyfarth Shaw LLP <br> 815 Connecticut Avenue, NW, Suite 500, Washington, DC 20006, <br> 202-828-3583 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U. S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*

☐ 410 Antitrust

☐ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

* (If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

American LegalNet, Inc.
www.USCourtForms.com

| ☐ **G.** *Habeas Corpus/* *2255* | ☐ **H.** *Employment* *scrimination* | ☐ **I.** *FOIA/PRIVACY* *ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *\*(If pro se, select this deck)\** | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *\*(If pro se, select this deck)\** | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA* *(non-employment)* | ☐ **L.** *Other Civil Rights* *(non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Motor tort: diversity jurisdiction pursuant to 28 U.S.C. Section 1441

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 01/08/06  SIGNATURE OF ATTORNEY OF RECORD  *Raymond C. Baldwin, Esquire*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

American LegalNet, Inc.
www.USCourtForms.com



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

SHENIKWA NOWLIN
    Vs.

FOUR SEASONS HOTELS LIMITED

C.A. No.      2006 CA 008661 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NEAL E KRAVITZ
Date:    December 4, 2006
Initial Conference: 9:30 am, Friday, March 09, 2007
Location:   Courtroom 415
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

07 0044

FILED

JAN - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Caio.doc

CA Form 1

## Superior Court of the District of Columbia

CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

SHENIKWA NOWLIN
8347 Coral Street                    *Plaintiff*
Dallas, TX 75243
vs.                                           Civil Action No. 0008661-06

FOUR SEASONS HOTELS LIMITED
Registered Agent:
    CT Corporation System *Defendant*
    1015 15th Street, NW, Suite 1000
    Washington, DC 20005

and                              **SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Michael J. Hoare
Name of Plaintiff's Attorney

MICHAEL J. HOARE, P.C.

By _____
                                            Deputy Clerk
Address

1101 14th SA., NW, Ste 710
Washington, D.C. 20005
                                      Date   12-4-06

Telephone
(202) 408-7901

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM-170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

IMPORTANT:  IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SHENIKWA NOWLIN,                          )
8347 Coral Street                         )
Dallas, TX 75243                          )
                                          )
       Plaintiff,                         )
                                          )
v.                                        )
                                          )
FOUR SEASONS HOTELS LIMITED               )   PLAINTIFF DEMANDS HER TRIAL
Registered Agent:                         )   BY JURY
       CT Corporation System              )
       1015 15th Street NW, Suite 1000    )
       Washington, DC 20005               )
                                          )
and                                       )
                                          )
TOWNE PARK, LTD.,                         )
Registered Agent:                         )
       Simon M. Osnos Registered Agent Servs. )
       2400 Virginia Avenue NW, #D-1304   )
       Washington, DC 20037               )
                                          )
       Defendants.                        )
                                          )
                                          )

**RECEIVED**
Civil Clerk's Office
**DEC 0 4 2006**
Superior Court of the
District of Columbia
Washington, D.C.

0008661-06

Civil Action No. _____

## **COMPLAINT**

COMES NOW Plaintiff Shenikwa Nowlin, and files this action seeking damages for the injuries directly and proximately caused by Defendants' negligence, for which each Defendant is joint and severally liable. In support of her claims, Plaintiff states as follows:

1.   This Court has jurisdiction over this matter pursuant to D.C. Code § 11-921.

2.   Plaintiff SHENIKWA NOWLIN is currently a resident of Dallas County, Texas.

3.    Defendant FOUR SEASONS HOTELS, LIMITED, is a Foreign Business Corporation registered to do business in the District of Columbia.

4.    Defendant Towne Park, Ltd. is domestic business corporation registered to do business in the District of Columbia.

5.    On or about December 5, 2003, Plaintiff was leaving the property of Defendant FOUR SEASONS HOTELS, LIMITED, when a valet operating a vehicle ran her over, resulting in serious injury to Plaintiff.

6.    The vehicle which struck Plaintiff was being operated by an agent/employee of Defendant TOWNE PARK, LTD., and/or Defendant FOUR SEASONS HOTELS, LIMITED.

7.    Defendants, jointly and severally, negligently caused serious bodily injury to Plaintiff.

8.    As a direct and proximate result of the negligence of the Defendants as alleged herein, Plaintiff, Shenikwa Nowlin suffered the damages including but not limited to past and future medical expenses, physical injury, physical disfigurement, lost wages and wage earning capacity, and emotional distress.

9.    Plaintiff demands her trial by jury.

For the reasons stated, Plaintiff prays for judgment against Defendants, jointly and severally, for all compensatory and other damages available under the law, prejudgment interest, postjudgment interest, costs herein expended, and other relief as the Court deems just and proper.

Respectfully Submitted:

KHAN MERRITT & ALLEN, P.L.L.C.

*Susan Anne Allen* /x   w/permission

Susan Anne Allen
Texas Bar Number: 01059350
8499 Greenville Avenue
Suite 206
Dallas, Texas 75231
214/503-7700 - telephone
214/503-7301 - facsimile
Counsel for Plaintiff
    (motion for admission pro hac vice
    to be filed)

MICHAEL J. HOARE, P.C.

*Dennis Chong*

Michael J. Hoare [D.C. Bar No. 206979]
Dennis Chong [D.C. Bar No. 471131]
1101 14th Street NW, Suite 710
Washington, DC 20005
202/408-7901 - telephone
202/408-7903 - facsimile
Local Counsel for Plaintiff

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

SHENIKWA NOWLIN,          :
                          :
          Plaintiff,      :
                          :    Civil Action No.:
v.                        :    2006 CA 008661 B
                          :    Judge Neal E. Kravitz
FOUR SEASONS HOTEL LIMITED, :    *Initial Conference*
et al.,                   :    *03/09/07 @ 9:30 a.m.*
                          :
          Defendants.     :

## DEFENDANT, TOWNE PARK, LTD.'S ANSWER AND GROUNDS OF DEFENSE

COMES NOW, the Defendant, Towne Park, Ltd., by and through its Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., and in Answer to the Complaint filed in the above-referenced matter states as follows:

1.      With respect to paragraphs 1, 2 and 3 of the Complaint, this Defendant states that it has insufficient information to either admit or deny the allegations contained therein. Therefore such allegations are denied and strict proof demanded thereof.

2.      This Defendant admits the allegations contained in paragraph 4 of the Complaint.

3.      This Defendant denies the allegations contained in paragraphs 6, 7 and 8 of the Complaint and demands strict proof thereof.

4.    With respect to paragraph 9 of the Complaint, this Defendant asserts that same is a jury demand and prayer for which no response is necessary.

5.    This Defendant generally denies all allegations of negligence and/or wrongdoing.

ANY ALLEGATIONS not previously addressed are hereby denied.

This DEFENDANT reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

### FIRST DEFENSE

The Doctrine Of Assumption Of Risk

### SECOND DEFENSE

The Doctrine Of Contributory Negligence

### THIRD DEFENSE

That the cause of action plead by the Plaintiff in the Complaint fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

That the Plaintiff's injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

### FIFTH DEFENSE

That the Plaintiff was not injured to the extent alleged in the Complaint.

### SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

## SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiff's injuries.

## EIGHTH DEFENSE

The Statute of Limitations

## NINTH DEFENSE

The Doctrine of Comparative Negligence

## TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

## ELEVENTH DEFENSE

Lack of Agency

## TWELFTH DEFENSE

The Doctrine of Justification

## THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel

## FOURTEENTH DEFENSE

The Doctrine of Res Judicata

## FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence

## SIXTEENTH DEFENSE

Respondeat Superior does not lie

## SEVENTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

## EIGHTEENTH DEFENSE

Intervening and superceding negligence of a third party

-3-

## NINETEENTH DEFENSE

Plaintiff's injuries stem from a natural disease process for which this Defendant is not responsible.

## TWENTIETH DEFENSE

Laches.

## TWENTY FIRST DEFENSE

The Doctrine of Clean Hands.

This DEFENDANT reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

WHEREFORE, the aforementioned premises considered, this Defendant respectfully requests that the Complaint be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

TOWNE PARK, LTD.
By Counsel

LAW OFFICES OF ROGER S. MACKEY.

By: _____

Harry J. Carleton, Esquire
14008 Park East Circle
Chantilly, Virginia  20151
D.C. Bar No. 426964
(703) 818-6943
**Counsel for Defendant, Towne Park, Ltd.**

-4-

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing **DEFENDANT, TOWNE PARK, LTD.'S ANSWER AND GROUNDS OF DEFENSE**, was mailed, postage prepaid, this _____ day of January, 2007 to:

Michael J. Hoare, Esquire
Dennis Chong, Esquire
c/o Michael J. Hoare, P.C.
1101 14th Street, N.W., Suite 710
Washington, DC 20005
**Local Counsel for Plaintiff**
DC Bar #: Michael J. Hoare, Esquire- #206979
DC Bar #: Dennis Chong, Esquire - #471131

Four Seasons Hotels Limited
1015 15th Street, N.W., Suite 1000
CT Corporation System
Washington, DC 20005
**Defendant**

Harry J. Carleton, Esq.

Nsn: 0859855/1080426.doc

answer

-5-

# EXHIBIT B



**Maryland Department of Assessments and Taxation** 2

**Taxpayer Services Division**
301 West Preston Street ▓ Baltimore, Maryland 21201

---

Main Menu | Security Interest Filings (UCC) | **Business Entity Information**
**(Charter/Personal Property)** New Search | Get Forms | Certificate of Status | SDAT Home

---

### Taxpayer Services Division

### Entity Name: TOWNE PARK, LTD.
### Dept. ID #: D02911634

| General Information | Amendments | Personal Property | Certificate of Status |
|---|---|---|---|

**Principal Office (Current):**

SUITE 206
275 WEST STREET
ANNAPOLIS, MD   21401

**Resident Agent (Current):**

JERRY B SOUTH
275 WEST ST STE 206
ANNAPOLIS, MD   21401

**Status:**          INCORPORATED

**Good Standing:**   Yes

**Business Code:**   Ordinary Business - Stock

**Date of Formation or
Registration:**      11/30/1989

**State of Formation:**  MD

**Stock/Nonstock:**  Stock

**Close/Not Close:**  Close

---

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

# EXHIBIT C

## Baldwin, Raymond

**From:** Carleton,Harry J [HCARLETO@travelers.com]
**Sent:** Monday, January 08, 2007 1:46 PM
**To:** Sharp-Neal,Nellie P; Baldwin, Raymond
**Subject:** RE: {Matter No.[0859855]}{Nowlin, Shenikwa v. Four Seasons & Towne Park}{File No. [070012 186ERCGF2170H]}

Ray,

This email will serve as follow up to our phone conversation.

You have our consent to remove this matter to Federal Court.

My client contact is checking on the incorporation. I believe it is in Maryland. I will advise once I get confirmation.


Harry

========================================================================
This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

========================================================================
The St. Paul Travelers e-mail system made this annotation on 01/08/07, 13:50:35.

1

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

SHENIKWA NOWLIN,                          :
                                          :
          Plaintiff,                      :
                                          :
v.                                        :     Civil Action No.:
                                          :     2006 CA 008661 B
                                          :     Judge Neal E. Kravitz
FOUR SEASONS HOTEL LIMITED,               :     *Initial Conference*
et al.,                                   :     *03/09/07 @ 9:30 a.m.*
                                          :
          Defendants.                     :


## DEFENDANT, TOWNE PARK, LTD.'S ANSWER AND GROUNDS OF DEFENSE

COMES NOW, the Defendant, Towne Park, Ltd., by and through its Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., and in Answer to the Complaint filed in the above-referenced matter states as follows:

1.      With respect to paragraphs 1, 2 and 3 of the Complaint, this Defendant states that it has insufficient information to either admit or deny the allegations contained therein. Therefore such allegations are denied and strict proof demanded thereof.

2.      This Defendant admits the allegations contained in paragraph 4 of the Complaint.

3.      This Defendant denies the allegations contained in paragraphs 6, 7 and 8 of the Complaint and demands strict proof thereof.

4.     With respect to paragraph 9 of the Complaint, this Defendant asserts that same is a jury demand and prayer for which no response is necessary.

5.     This Defendant generally denies all allegations of negligence and/or wrongdoing.

ANY ALLEGATIONS not previously addressed are hereby denied.

This DEFENDANT reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

## FIRST DEFENSE

The Doctrine Of Assumption Of Risk

## SECOND DEFENSE

The Doctrine Of Contributory Negligence

## THIRD DEFENSE

That the cause of action plead by the Plaintiff in the Complaint fails to state a claim upon which relief can be granted.

## FOURTH DEFENSE

That the Plaintiff's injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

## FIFTH DEFENSE

That the Plaintiff was not injured to the extent alleged in the Complaint.

## SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

## SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiff's injuries.

## EIGHTH DEFENSE

The Statute of Limitations

## NINTH DEFENSE

The Doctrine of Comparative Negligence

## TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

## ELEVENTH DEFENSE

Lack of Agency

## TWELFTH DEFENSE

The Doctrine of Justification

## THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel

## FOURTEENTH DEFENSE

The Doctrine of Res Judicata

## FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence

## SIXTEENTH DEFENSE

Respondeat Superior does not lie

## SEVENTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

## EIGHTEENTH DEFENSE

Intervening and superceding negligence of a third party

<u>NINETEENTH DEFENSE</u>

Plaintiff's injuries stem from a natural disease process for which this Defendant is not responsible.

<u>TWENTIETH DEFENSE</u>

Laches.

<u>TWENTY FIRST DEFENSE</u>

The Doctrine of Clean Hands.

This DEFENDANT reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

WHEREFORE, the aforementioned premises considered, this Defendant respectfully requests that the Complaint be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

TOWNE PARK, LTD.
By Counsel

LAW OFFICES OF ROGER S. MACKEY

By: _____

Harry J. Carleton, Esquire
14008 Park East Circle
Chantilly, Virginia 20151
D.C. Bar No. 426964
(703) 818-6943
**Counsel for Defendant, Towne Park, Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing **DEFENDANT, TOWNE PARK, LTD.'S ANSWER AND GROUNDS OF DEFENSE,** was mailed, postage prepaid, this ____8th____ day of January, 2007 to:

Michael J. Hoare, Esquire
Dennis Chong, Esquire
c/o Michael J. Hoare, P.C.
1101 14th Street, N.W., Suite 710
Washington, DC 20005
**Local Counsel for Plaintiff**
DC Bar #: Michael J. Hoare, Esquire- #206979
DC Bar #: Dennis Chong, Esquire - #471131

Four Seasons Hotels Limited
1015 15th Street, N.W., Suite 1000
CT Corporation System
Washington, DC 20005
**Defendant**

Harry J. Carleton, Esq.

Nsn: 0859855/1080426.doc

answer

IN THE SUPERIOR COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. 0008661-06 |
| FOUR SEASONS HOTELS LIMITED, | ) |
| | ) |
| And | ) |
| | ) |
| TOWNE PARK, LTD., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

To:    The Clerk of the Superior Court
        for the District of Columbia

        Michael J. Hoare, Esquire
        Dennis Chong, Esquire
        1101 14th Street NW, Suite 710
        Washington, DC 20005
        Attorneys for Plaintiff

        Harry J. Carleton, Esquire
        D.C. Bar No. 426964
        14008 Park East Circle
        Chantilly, Virginia 20151
        Attorney for Defendant Towne Park, Ltd.

PLEASE TAKE NOTICE that on this 8th day of January, 2007, Defendant, Four Seasons

Hotels Limited (the "Four Seasons"), by undersigned counsel, hereby files its Notice of Filing

Notice of Removal of this action to the United States District Court for the District of Columbia.

A true copy of the Notice of Removal is attached hereto as Exhibit 1.

PLEASE TAKE NOTICE that Defendants, Four Seasons Hotels Limited (the "Four Seasons") hereby *removes* this civil action from the Superior Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for this removal are as follows:

1.     A civil action has been commenced and is now pending in the Superior Court for the District of Columbia, wherein Shenikwa Nowlin is Plaintiff and the Four Seasons and Towne Park are Defendants. That action has been designated Case No. 0008661-06 by the Clerk of the aforementioned court. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, motions and orders thus far served upon or by Defendants in Case No. 0008661-06 are attached hereto as Attachment A.

2.     Process in Case No. 0008661-06 was served on the Four Seasons on or about December 8, 2006. This Notice of Removal is filed within 30 days of service of the Complaint upon the Four Seasons and, thus, is timely.

3.     This action is a civil action in which Plaintiff alleges that she was negligently struck by a motor vehicle on the property of the Four Seasons driven by an individual employed by Towne Park.

4.     Plaintiff Sheniwka Nowlin is a resident of the state of Texas. Complaint ¶ 1.

5.     The Four Seasons is a corporation duly organized and incorporated under the laws of Canada and its principal place of business is in Toronto, Canada.

6.     Towne Park is a corporation duly organized and incorporated under the laws of the state of Maryland and its principal place of business is in Annapolis, Maryland. See Attachment B. Towne Park has provided its written consent to this removal. See Attachment C.

7.     Plaintiff alleges she was run over by a car and prays for "all compensatory and other damages under law" due to her alleged "serious bodily injury" for "past and future medical

expenses, physical injury, physical disfigurement, lost wages and wage earning capacity, and

emotional distress," exclusive of costs and interest.  Although Plaintiff does not set forth a

specific dollar amount, given the serious nature of the alleged accident and subsequent injuries,

Defendant assumes, upon information and belief, that the amount in controversy exceeds

$75,000.

      8.     Accordingly, the United States District Court for the District of Columbia has

jurisdiction over the above-referenced civil action.

     WHEREFORE, for the reasons stated above, Case No. 0008661-06, pending in the

Superior Court for the District of Columbia should be removed to this Court.

                           Respectfully submitted,

                    By_____

                       Raymond C. Baldwin #461514
                       SEYFARTH SHAW LLP
                       815 Connecticut Avenue, N.W.
                       Suite 500
                       Washington, D.C. 20006-4004
                       (202) 463-2400

                       Attorneys for Defendant Four Seasons
                       Hotels Limited

Date:    January 8, 2007

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal, was served by first-class

mail, postage prepaid, this 8th day of January, 2007, upon:

      Michael J. Hoare, Esquire
      Dennis Chong, Esquire
      1101 14th Street NW, Suite 710
      Washington, DC 20005
      Attorneys for Plaintiff


      Harry J. Carleton, Esquire
      D.C. Bar No. 426964
      14008 Park East Circle
      Chantilly, Virginia 20151
      Attorney for Defendant Towne Park, Ltd.


I also certify that I have caused a copy of this Notice of Removal to be filed with the

Clerk of the Court of the Superior Court for the District of Columbia, in accordance with 28

U.S.C. § 1446(d) and have filed herewith as Attachment A all process, pleadings and orders

served upon or by Defendants in that Court, pursuant to 28 U.S.C. § 1446(a).

                       Raymond C. Baldwin

# EXHIBIT A



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

SHENIKWA NOWLIN
    Vs.                                   C.A. No.      2006 CA 008661 B
FOUR SEASONS HOTELS LIMITED

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

                                              Chief Judge Rufus G. King, III

Case Assigned to:  Judge NEAL E KRAVITZ
Date:   December 4, 2006
Initial Conference: 9:30 am, Friday, March 09, 2007
Location:  Courtroom 415
               500 Indiana Avenue N.W.
               WASHINGTON, DC  20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia

## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

SHENIKWA NOWLIN
8347 Coral Street                    *Plaintiff*
Dallas, TX   75243
vs.

Civil Action No. **0008661-06**

FOUR SEASONS HOTELS LIMITED
Registered Agent:
    CT Corporation System *Defendant*
    1015 15th Street, NW, Suite 1000
    Washington, DC   20005

and

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Michael J. Hoare
Name of Plaintiff's Attorney

MICHAEL J. HOARE, P.C.

By _____
Deputy Clerk

Address

1101 14th St., NW, Ste 710
Washington, D.C.   20005

Date _____

Telephone

(202) 408-7901

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

IMPORTANT:   IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.   IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.   IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

SHENIKWA NOWLIN,
8347 Coral Street
Dallas, TX 75243

      Plaintiff,

v.

FOUR SEASONS HOTELS LIMITED
Registered Agent:
     CT Corporation System
     1015 15th Street NW, Suite 1000
     Washington, DC 20005

and

TOWNE PARK, LTD.,
Registered Agent:
     Simon M. Osnos Registered Agent Servs.
     2400 Virginia Avenue NW, #D-1304
     Washington, DC 20037

      Defendants.

**RECEIVED**
Civil Clerk's Office

DEC 0 4 2006

Superior Court of the
District of Columbia
Washington, D.C.

0008661-06

Civil Action No. _____

PLAINTIFF DEMANDS HER TRIAL
BY JURY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## <u>COMPLAINT</u>

    COMES NOW Plaintiff Shenikwa Nowlin, and files this action seeking damages for the injuries directly and proximately caused by Defendants' negligence, for which each Defendant is joint and severally liable.  In support of her claims, Plaintiff states as follows:

1.     This Court has jurisdiction over this matter pursuant to D.C. Code § 11-921.

2.     Plaintiff SHENIKWA NOWLIN is currently a resident of Dallas County, Texas.

3.    Defendant FOUR SEASONS HOTELS, LIMITED, is a Foreign Business Corporation registered to do business in the District of Columbia.

4.    Defendant Towne Park, Ltd. is domestic business corporation registered to do business in the District of Columbia.

5.    On or about December 5, 2003, Plaintiff was leaving the property of Defendant FOUR SEASONS HOTELS, LIMITED, when a valet operating a vehicle ran her over, resulting in serious injury to Plaintiff.

6.    The vehicle which struck Plaintiff was being operated by an agent/employee of Defendant TOWNE PARK, LTD., and/or Defendant FOUR SEASONS HOTELS, LIMITED.

7.    Defendants, jointly and severally, negligently caused serious bodily injury to Plaintiff.

8.    As a direct and proximate result of the negligence of the Defendants as alleged herein, Plaintiff, Shenikwa Nowlin suffered the damages including but not limited to past and future medical expenses, physical injury, physical disfigurement, lost wages and wage earning capacity, and emotional distress.

9.    Plaintiff demands her trial by jury.

For the reasons stated, Plaintiff prays for judgment against Defendants, jointly and severally, for all compensatory and other damages available under the law, prejudgment interest, postjudgment interest, costs herein expended, and other relief as the Court deems just and proper.

Respectfully Submitted:

KHAN MERRITT & ALLEN, P.L.L.C.

w/permission

Susan Anne Allen
Texas Bar Number: 01859350
8499 Greenville Avenue
Suite 206
Dallas, Texas 75231
214/503-7300 - telephone
214/503-7301 - facsimile
Counsel for Plaintiff
        (motion for admission pro hac vice
        to be filed)


MICHAEL J. HOARE, P.C.

Michael J. Hoare [D.C. Bar No. 206979]
Dennis Chong [D.C. Bar No. 471131]
1101 14th Street NW, Suite 710
Washington, DC  20005
202/408-7901 - telephone
202/408-7903 - facsimile
Local Counsel for Plaintiff

**EXHIBIT B**



**Maryland Department of Assessments and Taxation**   2

**Taxpayer Services Division**
301 West Preston Street ▓ Baltimore, Maryland 21201

---

| Main Menu | Security Interest Filings (UCC) | Business Entity Information |
| (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home |

### Taxpayer Services Division

### Entity Name: TOWNE PARK, LTD.
### Dept. ID #: D02911634

| General Information | Amendments | Personal Property | Certificate of Status |
|---|---|---|---|

**Principal Office (Current):**

SUITE 206
275 WEST STREET
ANNAPOLIS, MD   21401

**Resident Agent (Current):**

JERRY B SOUTH
275 WEST ST STE 206
ANNAPOLIS, MD   21401

**Status:**   INCORPORATED

**Good Standing:**   Yes

**Business Code:**   Ordinary Business - Stock

**Date of Formation or Registration:**   11/30/1989

**State of Formation:**   MD

**Stock/Nonstock:**   Stock

**Close/Not Close:**   Close

---

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

# EXHIBIT C

**Baldwin, Raymond**

| | |
|---|---|
| **From:** | Carleton,Harry J [HCARLETO@travelers.com] |
| **Sent:** | Monday, January 08, 2007 1:46 PM |
| **To:** | Sharp-Neal,Nellie P; Baldwin, Raymond |
| **Subject:** | RE: {Matter No.[0859855]}{Nowlin, Shenikwa v. Four Seasons & Towne Park}{File No. [070012 186ERCGF2170H]} |

Ray,

This email will serve as follow up to our phone conversation.

You have our consent to remove this matter to Federal Court.

My client contact is checking on the incorporation. I believe it is in Maryland. I will advise once I get confirmation.

Harry

==========================================================================
This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

==========================================================================
The St. Paul Travelers e-mail system made this annotation on 01/08/07, 13:50:35.

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHENIKWA NOWLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Superior Court for the |
| | ) | District of Columbia |
| v. | ) | |
| | ) | Case No. 0008661-06 |
| FOUR SEASONS HOTELS LIMITED | ) | |
| 181 Bay Street, Suite 1000          , | ) | |
| Toronto M5J 2T3 | ) | |
| Canada | ) | Civil Action No._____ |
| | ) | |
| and | ) | |
| | ) | |
| TOWNE PARK, LTD., | ) | |
| Registered Agent: | ) | |
|   Simon M. Osnos Registered Agent Servs. | ) | |
|   2400 Virginia Avenue NW, #D-1304 | ) | |
|   Washington, D.C.  20037 | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF REMOVAL**

To:    United States District Court
       For the District of Columbia

       Superior Court for the District of Columbia

       Michael J. Hoare, Esquire
       Dennis Chong, Esquire
       1101 14th Street NW, Suite 710
       Washington, DC 20005
       Attorneys for Plaintiff

       Harry J. Carleton, Esquire
       D.C. Bar No. 426964
       14008 Park East Circle
       Chantilly, Virginia 20151
       Attorney for Defendant Towne Park, Ltd.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court for the District of Columbia may not proceed further with this matter.

Respectfully submitted,

By _____

Raymond C. Baldwin #461514
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant Four Seasons
Hotels Limited

Date:    January 8, 2007

2

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Filing of Notice of Removal to the

United States District Court for the District of Columbia was served by first-class mail, postage

prepaid, this 8th day of January, 2007, upon:


    Michael J. Hoare, Esquire
    Dennis Chong, Esquire
    1101 14th Street NW, Suite 710
    Washington, DC 20005
    Attorneys for Plaintiff


    Harry J. Carleton, Esquire
    D.C. Bar No. 426964
    14008 Park East Circle
    Chantilly, Virginia 20151
    Attorney for Defendant Towne Park, Ltd.

                                          Raymond C. Baldwin

DC1 30186484.2