IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED<br>181 Bay Street, Suite 1000,<br>Toronto M5J 2T3<br>Canada<br><br>and<br><br>TOWNE PARK, LTD.,<br>Registered Agent:<br>    Simon M. Osnos Registered Agent Servs.<br>    2400 Virginia Avenue NW, #D-1304<br>    Washington, D.C. 20037<br><br>Defendants. | Civil Action No._____ |

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Four Seasons Hotels Limited, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliation of Four Seasons Hotels Limited which have any outstanding securities in the hands of the public. Four Seasons Hotels Limited has the following subsidiary, Four Season Hotels (U.S.) Inc., a Delaware company. Four Seasons Hotels Limited is a second tier parent company of Four Seasons Washington Employment, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

By _____
Raymond C. Baldwin #461514
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant Four Seasons
Hotels Limited

Date:   January 9, 2007

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests, was served by first-class mail, postage prepaid, this 9th day of January, 2007, upon:

Michael J. Hoare, Esquire
Dennis Chong, Esquire
1101 14th Street NW, Suite 710
Washington, DC 20005
Attorneys for Plaintiff

Harry J. Carleton, Esquire
D.C. Bar No. 426964
14008 Park East Circle
Chantilly, Virginia 20151
Attorney for Defendant Towne Park, Ltd.

Raymond C. Baldwin