IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOUR SEASONS HOTELS LIMITED; ) <br> ) <br> and ) <br> ) <br> TOWNE PARK, LTD., ) <br> ) <br> Defendants. ) | Civil Action No. 1:07CV00044 (JR) |

## **ANSWER TO PLAINTIFF'S COMPLAINT**

Four Seasons Hotels Limited ("Four Seasons" or "Defendant"), by undersigned counsel, hereby answers Plaintiff Shenikwa Nowlin's ("Plaintiff") Complaint as follows:

1.  The allegations contained in Paragraph 1 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 2 of the Complaint.

3.  In response to the allegations contained in Paragraph 3 of the Complaint, Defendant states that it is a corporation duly organized and incorporated under the laws of Canada.

4. In response to the allegations contained in Paragraph 4 of the Complaint, Defendant states that Towne Park LTD is a corporation duly organized and incorporated under the laws of Maryland.

5. Defendant denies the allegations contained in Paragraph 5 of the Complaint as stated and generally denies all allegations of negligence or wrongdoing.

6. Defendant denies the allegations contained in Paragraph 6 of the Complaint as stated and generally denies all allegations of negligence or wrongdoing.

7. Defendant denies the allegations contained in Paragraph 7 of the Complaint as stated and generally denies all allegations of negligence or wrongdoing.

8. Defendant denies the allegations contained in Paragraph 8 of the Complaint as stated and generally denies all allegations of negligence or wrongdoing.

9. Paragraph 9 contains no allegations and therefore no response is required.

Defendant denies that Plaintiff is entitled to any of the relief requested in the "For the reasons stated" Paragraph following Paragraph 9 of the Complaint, and denies that Plaintiff is entitled to any relief whatsoever.

Any and all allegations in the Complaint not expressly admitted are hereby denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiff is not entitled to any damages sought as a matter of fact and/or law.

### THIRD AFFIRMATIVE DEFENSE

3. Upon information and belief, Plaintiff's claims are barred, in whole and/or in part, by the doctrines of estoppel, unclean hands and/or waiver.

### FOURTH AFFIRMATIVE DEFENSE

4. Claims in Plaintiff's Complaint are barred by the doctrine of assumption of risk.

### FIFTH AFFIRMATIVE DEFENSE

5. Claims in Plaintiff's Complaint are barred by Plaintiff's own conduct, omissions and/or contributory negligence.

### SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff was not injured to the extent alleged in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

7. Defendant committed no acts of negligence or other violations of any standard of care.

### EIGHTH AFFIRMATIVE DEFENSE

8. Claims in Plaintiff's Complaint are barred by the doctrines of waiver, collateral estoppel and res judicata.

### NINTH AFFIRMATIVE DEFENSE

9. Claims in Plaintiff's Complaint are barred because any alleged injury suffered was not proximately caused by any act or omission of Defendant.

### TENTH AFFIRMATIVE DEFENSE

10. Claims in Plaintiff's Complaint are barred by the statute of limitations.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.     Claims in the Plaintiff's Complaint are barred by the doctrine of comparative negligence.

**TWELFTH AFFIRMATIVE DEFENSE**

12.     Claims in Plaintiff's Complaint are barred by laches.

Defendant reserves the right to amend this Answer by adding additional affirmative defenses or counterclaims as further investigation, discovery and circumstances may warrant.

WHEREFORE,  Defendant prays that:

1.     Plaintiff's Complaint be dismissed with prejudice in its entirety and that judgment be entered in favor of Defendant;

2.     Plaintiff takes nothing by her Complaint;

3.     The Court deny Plaintiff her requested relief;

4.     The Court award Defendant its costs and attorney's fees; and

5.     The Court award Defendant such further relief as it deems just and proper.

Respectfully submitted,

By: /s/ Raymond C. Baldwin
Raymond C. Baldwin #461514
Elisabeth Moriarty-Ambrozaitis (to be admitted *pro hac vice*)

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorneys for Defendant Four Seasons Hotels Limited

Date:    January 10, 2007

4

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Answer, was served electronically and by first-class mail, postage prepaid, this 10th day of January, 2007, upon:

Michael J. Hoare, Esquire
Dennis Chong, Esquire
1101 14th Street NW, Suite 710
Washington, DC 20005
Attorneys for Plaintiff

Harry J. Carleton, Esquire
D.C. Bar No. 426964
14008 Park East Circle
Chantilly, Virginia 20151
Attorney for Defendant Towne Park, Ltd.

/s/ Raymond C. Baldwin
Raymond C. Baldwin