IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHENIKWA NOWLIN, )
)
Plaintiff, )
)
)  Civil Action No. 1:07CV00044 (JR)
v. )
)
FOUR SEASONS HOTELS LIMITED, )
)
and )
)
TOWN PARK, LTD., )
)
Defendants. )

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Dennis Chong, am a member in good standing of the bar of this court. My bar number is 471131. I am moving the admission of Susan Anne Allen to appear *pro hac vice* in this case as counsel for Plaintiff, Shenikwa Nowlin.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Court:

| Court | Date of Admission |
|---|---|
| State Bar of Texas | 11/04/83 |
| U.S. Courts, Northern District of Texas | 10/19/90 |

2. During the twelve months immediately preceding this motion, the proposed

admittee has not applied for admission or been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
_____
Signature

Dennis Chong [DC Bar No. 471131]
MICHAEL J. HOARE, P.C.
1101 14th Street NW, Suite 710
Washington, DC 20005
(202) 408-7901 phone
(202) 408.7903 fax

PROPOSED ADMITTEE
_____
Signature

Susan Anne Allen
KHAN MERRITT & ALLEN
8499 Greenville Ave., Suite 206
Dallas, TX 75213
(214) 503-7300 phone
(214) 503-7301 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 1:07CV00044 (JR) |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED, ) | |
| ) | |
| and ) | |
| ) | |
| TOWN PARK, LTD., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the motion for admission *pro hac vice* filed on behalf of Susan Anne Allen, it is this ____ day of _____, 2007

ORDERED that the motion is GRANTED, and Ms. Allen is admitted to practice *pro hac vice* before this Court.

_____
Judge James Robertson