IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, | ) |
| Plaintiff, | ) |
| v. | ) Case Number:1:07-cv-44 (JR) |
| FOUR SEASONS HOTELS LIMITED, | ) |
| and | ) |
| TOWN PARK, LTD., | ) |
| Defendants. | ) |

**JOINT RULE 26(f) AND LOCAL RULE 16.3 CONFERENCE
REPORT AND PROPOSED SCHEDULING ORDERS**

Pursuant to the Rules of this Court, counsel in the above-captioned matter submit this report regarding the issues discussed during their January 31, 2007 Rule 26(f) and LCvR 16.3 conference.

**FACTS**

Plaintiff alleges on December 5, 2003 she was a guest at Defendant Four Seasons Hotel. Plaintiff further alleges that as she was leaving the property an employee or agent of the Defendant(s) operating a vehicle negligently or recklessly hit her in her wheelchair causing her serious injury. Defendants Four Seasons Hotel and Towne Park, Ltd. deny responsibility for the incident and contest the damages, if any, caused by the accident.

*I.*   *Matters Discussed*

1. <u>Status of Dispositive Motions</u>.  Plaintiff does not believe that this matter may be resolved by dispositive motion under Rule 56.  Defendants believe that this action may be dismissed through a Motion for Summary Judgment to be filed following discovery.  There are presently no pending or anticipated dispositive motions that may delay discovery.  Defendants reserve the right to file a dispositive motion at any time.  Defendant Towne Park Ltd. reserves the right to file a dispostive motion early on in the process as it asserts that the driver of the alleged vehicle was not its agent or employee.

2. <u>Amended Pleadings</u>.  Plaintiff requests that any amended pleadings be due within 21 days following the exchange of initial disclosures in this matter and/or Defendant's response to Plaintiff's initial discovery.  Defendants request that any amended pleadings be due within 7 days from the date of Plaintiff's amended pleadings.

3. <u>Assignment to Magistrate Judge</u>.  The Parties consent to the assignment of a Magistrate Judge for purposes of discovery disputes and/or settlement purposes.  The Parties do not consent to the assignment of a Magistrate Judge for the trial of this matter.

4. <u>Settlement Possibility</u>.  The parties are willing to entertain the possibility of settlement and have begun initial settlement discussions.

5. <u>Alternative Dispute Procedures</u>.  The parties are amenable to discuss settlement through ADR or other appropriate means, and believe that after some period of

discovery such discussions may be warranted.

6. <u>Dispositive Motions</u>.  One or more Defendants intend to file a motion for summary judgment in this matter.  Defendants believe that any dispositive motion should be filed within 60 days after close of discovery, that any opposition should be filed within 30 days after the date of the motion, and that any reply be filed within 14 days after the date of the opposition.

7. <u>Initial Disclosures</u>.  The parties agree that initial disclosures should be exchanged within 30 days after the date the Court issues its scheduling order.

8. <u>Discovery</u>.  The parties believe that six months will be required to conduct discovery; The parties agree that the number of interrogatories should be set at 25. The parties will comply with FRCP30 with regard to depositions and at this time do not anticipate more than 10 depositions per party.

9. <u>Experts</u>.  The parties anticipate the use of expert witnesses. Plaintiffs will designate 45 days after disclosures are due.  Defendants will designate 45 days after Plaintiffs.  In the event any expert is engaged in this matter, the parties agree that the provisions of Rule 26(a)(2) shall govern.

10. <u>Class Action Procedures</u>.   Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>.  The parties do not believe that this matter should be bifurcated.

12. <u>Proposed Date for Pretrial Conference</u>.  The parties request that a pretrial conference be scheduled within 60 days after the Court rules on any motion for summary judgment that may be filed, or within 60 days of the close of discovery if

no motion for summary judgment is filed.

13.    <u>Trial Date</u>.  The parties request that a trial date be set at the pretrial conference.

## *II.    Proposed Scheduling Orders*

The parties submit the attached scheduling order as Exhibit 1.

                          Respectfully submitted,

_____/s/_____
Dennis Chong [DC Bar No. 471131]
MICHAEL J. HOARE, P.C.
1101 14th Street, NW
Suite 710
Washington, D.C.  20005
202.408.7901 - Telephone
202.408.7903 - Facsimile
Attorney for Plaintiff


_____/s/_____
Susan Anne Allen
Texas State Bar No. 01059350
Admitted pro hac vice
KHAN MERRITT & ALLEN
8499 Greenville Ave., Suite 206
Dallas, Texas 75231
214.503.7300 - Telephone
214.503.7301 - Facsimile
Attorney for Plaintiff


_____/s/_____
Harry J. Carleton, Esquire
D.C. Bar No. 426964
14008 Park East Circle
Chantilly, Virginia 20151
703.818.6930 - Telephone
703.272.6931 - Facsimile
Attorney for Defendant Towne Park, Ltd.

                                      _____/s/_____
Raymond C. Baldwin
D.C. Bar No. 461514
SEYFARTH, SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006-4004
202.463.2400 - Telephone
202.828.5393 - Facsimile
Attorney for Defendant Four Seasons
Hotels Limited

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHENIKWA NOWLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case Number:1:07-cv-44 (JR) |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED, ) | |
| ) | |
| and ) | |
| ) | |
| TOWN PARK, LTD., ) | |
| ) | |
| Defendants. ) | |

## PRETRIAL SCHEDULING ORDER

1.  MARCH 7, 2007     NEW PARTIES. New parties must be joined and served by this date. Any party adding parties must provide copies of this order to the new parties.

2.  MARCH 7, 2007     PLAINTIFF'S AMENDMENTS TO PLEADINGS. Amendments to pleadings must be filed by this date.

3.  MARCH 14, 2007    DEFENDANTS' AMENDMENTS TO PLEADINGS. Amendments to pleadings must be filed by this date.

4.  JULY 31, 2007     DISCOVERY DEADLINE. Discovery must be completed by this date.

5.  SEPT. 30, 2007    DISPOSITIVE MOTION DEADLINE. Dispositive motions must be filed by this date.

6.  MARCH 31, 2007    PLAINTIFF'S EXPERTS. Plaintiff must designate her experts by this date.

7.  MARCH 31, 2007    PLAINTIFF'S EXPERTS' REPORTS. Plaintiff must file her experts' reports by this date.

EXHIBIT "1"

8.  MAY 15, 2007    DEFENDANTS' EXPERTS. Defendant must designate their experts by this date.

9.  MAY 15, 2007    DEFENDANT'S EXPERTS' REPORTS. Defendant must file their experts' reports by this date.

10. _____    PRETRIAL CONFERENCE. The pretrial conference will be held on this date at _____ \_\_.m. Trial counsel must attend and be prepared to discuss all aspects of the suit and trial. A joint pretrial order is due at the conference.

11. _____    TRIAL SETTING. Trial is set for this date. (JURY/NON-JURY)

12. _____    OTHER ORDERS:

SIGNED on _____, 2007.

_____
U.S. DISTRICT JUDGE

EXHIBIT "1"