IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED; ) | Civil Action No. 1:07CV00044 (JR) |
| and ) | |
| TOWNE PARK, LTD., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, Raymond Baldwin, Esq., the undersigned attorney, hereby moves this Court to permit Elisabeth Moriarty-Ambrozaitis, Esq. to appear on behalf of Defendant Four Seasons Hotels Limited (hereinafter "Four Seasons"), in the above-captioned case *pro hac vice*. In support of this motion, the undersigned states as follows:

1.  Ms. Moriarty-Ambrozaitis is an associate lawyer with the law firm of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Suite 500, Washington D.C. 20006-4004, (202) 463-2400, counsel for Four Seasons. She is a member in good-standing of the bars of the District of Columbia, Illinois, and Massachusetts. *See* Declaration of Elisabeth Moriarty-Ambrozaitis, attached hereto as Exhibit 1. Ms. Moriarty-Ambrozaitis has applied to be admitted to the Bar of the U.S. District Court for the District of Columbia. Her application is currently pending.

DC1 30187444.2

2.    I am counsel of record for Four Seasons and practice with the law firm of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Washington D.C., 20006-4004. I am admitted to practice before this Court, and shall act as counsel of record and can be served with all pleadings, motions, notices and other papers pursuant to the Federal Rules of Civil Procedure and the rules of this Court.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit Elisabeth Moriarty-Ambrozaitis, Esq. to appear before this Court *pro hac vice*.

Respectfully submitted,

By:  /s/ Raymond C. Baldwin
Raymond C. Baldwin #461514

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Attorney for Defendant Four Seasons Hotels Limited

Date:    February 9, 2007

3

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Admission *Pro Hac Vice*, was served electronically this 9th day of February, 2007, upon:

Michael J. Hoare, Esquire
Dennis Chong, Esquire
1101 14th Street NW, Suite 710
Washington, DC 20005
Attorneys for Plaintiff

Harry J. Carleton, Esquire
D.C. Bar No. 426964
14008 Park East Circle
Chantilly, Virginia 20151
Attorney for Defendant Towne Park, Ltd.

                                                /s/ Raymond C. Baldwin
                                                Raymond C. Baldwin

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOUR SEASONS HOTELS LIMITED; ) <br> ) <br> and ) <br> ) <br> TOWNE PARK, LTD., ) <br> ) <br> Defendants. ) | Civil Action No. 1:07CV00044 (JR) |

## **DECLARATION OF ELISABETH MORIARTY-AMBROZAITIS**

I, Elisabeth Moriarty-Ambrozaitis, hereby declare as follows. The statements in this Declaration are made of my own personal knowledge and I am competent to testify concerning them.

1. I am an associate with the law firm of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Suite 500, Washington D.C. 20006-4004, (202) 463-2400.

2. I am a member in good-standing of the bars of the District of Columbia, Illinois, and Massachusetts.

3. I have never been disciplined or sanctioned by any bar or court.

4. I have been admitted *pro hac vice* one time to this Court during the past two years. I was admitted *pro hac vice* in *Andrew Maguire v. People For the American Way*, Civil Action No. 06-01048.

5.  My application for admission to the Bar of the United States District Court for the District of Columbia is pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2007.

_____
Elisabeth Moriarty-Ambrozaitis

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED; ) | Civil Action No. 1:07CV00044 (JR) |
| and ) | |
| TOWNE PARK, LTD., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on a Motion for Admission *Pro Hac Vice* in the above-captioned case, pursuant to the Rules of the United States District Court for the District of Columbia.  Upon consideration of this motion, any opposition thereto and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED; and it is

FURTHER ORDERED that Elisabeth Moriarty-Ambrozaitis, Esquire, shall be and hereby is admitted to appear before this Court in the above-captioned matter.

SO ORDERED.

                                                                  _____

                                                                  Honorable_____

DC1 30187882.1 / 21852-000029