**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHENIKWA NOWLIN,                :
                                :
        Plaintiff,               :
                                :
    v.                          :   Civil Action No. 07-0044 (JR)
                                :
FOUR SEASONS HOTELS LIMITED, *et* :
*al*.,                           :
                                :
        Defendants.              :

### ORDER

Upon consideration of defendant Four Seasons Hotels Limited's motion for the *pro hac vice* appearance of Elisabeth Moriarty-Ambrozaitis [8], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                                United States District Judge