UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHENIKWA NOWLIN,                :
                                :
         Plaintiff,             :
                                :
    v.                          :  Civil Action No. 07-0044 (JR)
                                :
FOUR SEASONS HOTELS LIMITED, *et* :
*al*.,                          :
                                :
         Defendants.            :

## SCHEDULING ORDER

After a scheduling conference held in chambers on February 9, 2007, it is,

**ORDERED** that discovery may begin immediately and is to be completed by July 31, 2007. It is

**FURTHER ORDERED** that any dispositive motion be filed no later than September 30, 2007, with any oppositions and replies due according to the Federal Rules of Civil Procedure. It is

**FURTHER ORDERED** that a status conference is set for **4:30 p.m. on May 24, 2007.** Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions. It is

**FURTHER ORDERED** that the final pretrial conference is set for **4:30 p.m. on October 25, 2007,** and that trial will commence at **9:30 a.m. on November 5, 2007.** It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly LCvR 5.4.  Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated.  Courtesy copies may be delivered to chambers, <u>only for documents filed within 48 hours of a court setting</u>.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

JAMES ROBERTSON
United States District Judge