IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07CV00044 (JR) |
| FOUR SEASONS HOTELS LIMITED, | ) |
| and | ) |
| TOWNE PARK, LTD., | ) |
| Defendants. | ) |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Shenikwa Nowlin ("Plaintiff") and Defendants Four Seasons Hotels Limited ("Defendant Four Seasons") and Defendant Towne Park, Ltd. ("Defendant Towne Park") file this Stipulation of Voluntary Dismissal with Prejudice ("Stipulation") under Federal Rule of Civil Procedure 41(a)(1)(ii). In support of this Stipulation the undersigned states as follows

1. The parties in this action are Plaintiff, Defendant Four Seasons and Defendant Towne Park.

2. On December 4, 2006, Plaintiff sued Defendant Towne Park.

3. Plaintiff moves to voluntarily dismiss the suit with prejudice against Defendant Towne Park only.

4. Defendant Four Seasons and Defendant Town Park have filed their respective answers and consent to this Stipulation.

5. This case is not a class action.

DC1 30192232.2

6.  A receiver has not been appointed in this action.

7.  This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.  Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

Respectfully submitted,

s/ Dennis Chong
Dennis Chong [DC Bar No. 471131]
MICHAEL J. HOARE, P.C.
1101 14th Street, NW
Suite 710
Washington, D.C. 20005
(202) 408.7901
(202) 408.7903 (Fax)
Attorneys for Plaintiff


s/ Susan Anne Allen
Susan Anne Allen
Texas State Bar No. 01059350
KHAN MERRITT & ALLEN
8499 Greenville Ave., Suite 206
Dallas, Texas 75231
214.503.7300 - Telephone
214.503.7301 - Facsimile
Attorney for Plaintiff


/s/ Harry J. Carleton
Harry J. Carleton, Esquire
D.C. Bar No. 426964
14008 Park East Circle
Chantilly, Virginia 20151
Attorney for Defendant Towne Park, Ltd.

<u>/s/ Raymond C. Baldwin</u>
Raymond C. Baldwin, Esq.
D.C. Bar No. 461514
SEYFARTH, SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006-4004
(202) 463-2400
Attorneys for Defendant Four Seasons
Hotels Limited

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR SEASONS HOTELS LIMITED,<br><br>and<br><br>TOWNE PARK, LTD.,<br><br>    Defendants. | Civil Action No. 1:07CV00044 (JR) |

## ORDER

After considering the parties' Stipulation of Voluntary Dismissal with Prejudice, the Court:

GRANTS the Stipulation of Voluntary Dismissal with Prejudice and dismisses the case as to Defendant Towne Park, Ltd. with prejudice.

SO ORDERED.

SIGNED on _____, 2007.

_____
James Robertson
United States District Judge

DC1 30192232.2