IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHENIKWA NOWLIN, )
)
Plaintiff, )
)
) Case Number: 1:07-cv-44
v. )
)
FOUR SEASONS HOTELS LIMITED, )
)
Defendant. )

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND
CHANGE OF FIRM NAME**

**TO THE HONORABLE JUDGE:**

**COMES NOW,** Plaintiff, and files this, Plaintiff's Notice of Change of Address and Change of Firm Name. Plaintiff's counsel states as follows:

1. Plaintiff's counsel, Susan Anne Allen, was formerly with Khan Merritt & Allen, 8499 Greenville Avenue, Suite 206, Dallas, Texas 75231. Ms. Allen was admitted *pro hac vice* to this Court for purposes of pursing this claim.

2. Ms. Allen has relocated her practice, effective immediately, to:

    The Law Office of Susan Anne Allen, PLLC
    8499 Greenville, **Suite 201**
    Dallas, Texas 75231
    **(214) 221-6781 telephone**
    **(214) 221-6786 facsimile**

3. Contact information for Plaintiff's local counsel remains unchanged.

Respectfully submitted,

\_\_\_/s/_____
**SUSAN ANNE ALLEN**
Texas State Bar No. 01059350
   *admitted pro hac vice*

LAW OFFICE OF SUSAN ANNE ALLEN
8499 Greenville Ave., Suite 201
Dallas, Texas 75231
214.221.6781 - Telephone
214.221.6786 - Facsimile

**ATTORNEY FOR PLAINTIFF**

\_\_\_/s/_____
**DENNIS CHONG**
D.C. Bar No. 471131
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W., Suite 710
Washington, DC 20005
202.408.7901 - Telephone
202.408.7903 - Facsimile

**LOCAL COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing document was electronically filed with Court's CM/ECF system on this 2d day of July, 2007.

\_\_\_\_/s/_____
DENNIS CHONG