IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENIKWA NOWLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED, ) | Civil Action No. 1:07CV00044 (JR) |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shenika Nowlin and Defendant Four Seasons Hotels Limited, by their undersigned counsel and pursuant to the settlement agreement of the parties, stipulate to dismiss, on the merits and with prejudice, the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,                                Respectfully Submitted,

By:/s/ Susan Anne Allen                                By: /s/ Raymond C. Baldwin
Susan Allen, Esq.                                      Raymond C. Baldwin #461514
The Law Office of Susan Anne Allen, PLLC               Elisabeth Moriarty-Ambrozaitis # 488848
8499 Greenville Ave., Suite 201
Dallas, Texas 75231                                    SEYFARTH SHAW LLP
                                                       815 Connecticut Avenue, N.W.
(214) 221-6781                                         Suite 500
(214) 221-6786 (fax)                                   Washington, D.C. 20006-4004
Email: susan@khanmerritt.com                           (202) 463-2400
Attorney for Plaintiff                                 (202) 828-5393 (facsimile)

Dated: August 3, 2007                                  Attorneys for Defendant

                                                       Dated: August 3, 2007

DC1 30205287.1